**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Alejandro OROZCO-MADRIGAL,**
**Defendant-Appellant.**

**No. 16-50120**

United States Court of Appeals,
Ninth Circuit.

Submitted September 26, 2017 *

Filed September 29, 2017

Nicole Ries Fox, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Doug Keller, Attorney, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Alejandro Orozco-Madrigal appeals from the district court's judgment and challenges the 51-month sentence imposed following his guilty-plea conviction for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Orozco-Madrigal contends that his prior conviction for assault with a semiautomatic firearm under California Penal Code § 245(b) is not a "crime of violence" for purposes of U.S.S.G. § 2L1.2(b)(1)(A)(ii) (2014). This argument is foreclosed. *See United States v. Grajeda,* 581 F.3d 1186, 1197 (9th Cir. 2009) (violation of section 245 "is categorically a crime of violence" under § 2L1.2). Contrary to Orozco-Madrigal's contention, our decision in *Grajeda* is not "clearly irreconcilable" with either *Descamps v. United States,* 570 U.S. 254, 133 S.Ct. 2276, 186 L.Ed.2d 438 (2013), or *Almanza-Arenas v. Lynch,* 815 F.3d 469 (9th Cir. 2016) (en banc). *See Miller v. Gammie,* 335 F.3d 889, 900 (9th Cir. 2003) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.